ORIGINAL

1  TYQUIENGCO_F.ter

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM

APR 26 2006 

MARY L.M. MORAN
CLERK OF COURT

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 98-00052 |
| Plaintiff, | |
| vs. | **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |
| FLOYD T. TYQUIENGCO, | |
| Defendant, | |
| DEPARTMENT OF ADMINISTRATION GOVERNMENT OF GUAM, | |
| Garnishee. | |

On or about January 14, 1999, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about April 12, 2006, our office confirmed with the garnishee that Defendant FLOYD T. TYQUIENGCO has been inactive in

//
//
//
//
//

their system since October, 2005. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant FLOYD T. TYQUIENGCO.

DATED this 25th day of April, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney