TYQUIENGCO_F.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
MAY -1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FLOYD T. TYQUIENGCO,<br><br>    Defendant,<br><br>DEPARTMENT OF ADMINISTRATION, GOVERNMENT OF GUAM,<br><br>    Garnishee. | CIVIL CASE NO. 98-00052<br><br>**O R D E R**<br><br>Re: United States Motion to Terminate Writ of Continuing Garnishment |

For the reason set forth in the Plaintiff's Motion to Terminate Writ of Continuing Garnishment, the Writ of Continuing Garnishment directed to the above-named garnishee is hereby terminated.

**SO ORDERED** this 1st day of May 2006.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

ORIGINAL