ORIGINAL

1  **TYQUIENGCO_F.stpgar**

2  LEONARDO M. RAPADAS
   United States Attorney
3  JESSICA F. CRUZ
   Assistant U.S. Attorney
4  MIKEL W. SCHWAB
   Assistant U.S. Attorney
5  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
6  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
7  FAX: (671) 472-7215

8  Attorneys for United States of America

9

**FILED**
DISTRICT COURT OF GUAM

MAY 1 2 2008 RD

**JEANNE G. QUINATA**
**Clerk of Court**

10             IN THE UNITED STATES DISTRICT COURT

11                   FOR THE DISTRICT OF GUAM

12
   UNITED STATES OF AMERICA,        )    CIVIL CASE NO. 98-00052
13                                    )
                   Plaintiff,        )
14                                    )
              vs.                     )    **STIPULATED MOTION FOR A**
15                                    )    **WRIT OF CONTINUING**
   FLOYD T. TYQUIENGCO,              )    **GARNISHMENT**
16                                    )
                   Defendant,        )
17  _____ )
                                      )
18  LAM LAM TOURS &                   )
       TRANSPORTATION, INC.,          )
19                                    )
                   Garnishee.        )
20  _____ )

21

22       WHEREAS Defendant, FLOYD T. TYQUIENGCO, HCR XXXXX, Merizo, Guam

23  96916, Social Security Number XXX-XX-3572, has requested that wages paid to the judgment

24  defendant, in the amount of $150.00 per pay period, be made payable to the U.S. Department of

25  Justice for payment toward his debt that is due and owing;

26  //

Plaintiff, UNITED STATES OF AMERICA, and Defendant, FLOYD T.
TYQUIENGCO, hereby jointly move the Court for an order of a writ of continuing garnishment
on the wages paid to the judgment defendant, in the amount of $150.00 per pay period, until his
obligation is paid in full.

The parties further agree that this garnishment may thereafter be further modified and
amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a
new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order
for Continuing Garnishment.

Dated: **05/09/08**

FLOYD T. TYQUIENGCO
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: **5/9/08**

By: JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney