**TYQUIENGCO_F.stpwrit**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 98-00052 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **WRIT OF CONTINUING** |
| ) | **GARNISHMENT** |
| FLOYD T. TYQUIENGCO, ) | |
| ) | |
| Defendant, ) | |
| _____) | |
| ) | |
| LAM LAM TOURS & ) | |
| TRANSPORTATION, INC., ) | |
| ) | |
| Garnishee. ) | |
| _____) | |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Continuing Garnishment on Defendant, FLOYD T. TYQUIENGCO's wages in the amount of $150.00 per pay period;

//

//

//

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on wages in the amount of $150.00 per pay period of FLOYD T. TYQUIENGCO, Social Security Number XXX-XX-3572, until further notice.

Checks should be made payable to:

**U.S. DEPARTMENT OF JUSTICE**

and mailed to:

U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910

with a reference to CDCS file number **2005A75082** to ensure his account is properly credited.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: May 19, 2008**